# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:15-mj-008-CWH |
| vs. | ) **ORDER MODIFYING BOND** |
| ERNESTO JOSHUA RAMOS, | ) |
| Defendant. | ) |

The Court conducted a hearing on January 12, 2015;

IT IS ORDERED that defendant's appearance bond (docket entry #6) is modified to include the following additional condition: the defendant is prohibited from traveling within 100 yards of the victim's residence or place of employment;

IT IS FURTHER ORDERED that all other conditions of the appearance bond (docket entry #6) previously imposed shall remain in full effect.

DATED this 12th day of January, 2015.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judge