# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:15-cr-0267-GMN-CWH |
| vs. ) | |
| ) | **ORDER** |
| ERNESTO JOSHUA RAMOS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Defendant Ernesto Joshua Ramos's Motion for Release on Personal Recognizance Bond Pending Appeal. (ECF No. 69). The Government filed a Response in opposition. (ECF No. 70).

At Defendant's Sentencing hearing, the Court allowed Defendant to self-surrender by 2:00 PM on September 28, 2016. (*See* ECF Nos. 60, 62). As such, Defendant is currently on a Personal Recognizance Bond. Therefore, the Court denies Defendant's Motion as moot.

However, for good cause appearing, the Court will extend Defendant's self-surrender date to 2:00 PM on March 28, 2017. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Release (ECF No. 69) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Defendant's self-surrender date shall be extended to 2:00 PM on March 28, 2017. All conditions on Defendant's current Personal Recognizance Bond shall remain the same.

**DATED** this  13th  day of September, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court