# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ERNESTO JOSHUA RAMOS, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:15-cr-0267-GMN-CWH <br><br> **ORDER** |

Pending before the Court is Defendant Ernesto Joshua Ramos's ("Defendant's") Emergency Motion to Stay/ Extend his Self-Surrender Date, (ECF No. 73). The Government filed a Response in opposition, (ECF No. 74), and Defendant filed a Reply, (ECF No. 75).

At Defendant's Sentencing hearing, the Court allowed Defendant to self-surrender by 2:00 PM on September 28, 2016. (*See* ECF Nos. 60, 62). On September 13, 2016, the Court extended Defendant's self-surrender date to 2:00 PM on March 28, 2017. (Order, ECF No. 71). Because the Court has already granted Defendant an extension and his familial situation has not changed since the previous extension, the Court denies Defendant's Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Emergency Motion to Stay/ Extend Self-Surrender Date, (ECF No. 73) is **DENIED**. Defendant's self-surrender date is 2:00 PM on March 28, 2017.

**DATED** this __23__ day of March, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court